UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CADDICK, STEPHEN HOPKINS, and RAYMOND S. KEELER, individually and on behalf of all similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>TASTY BAKING COMPANY<br><br>*Defendant.* | Case No. 2:19-cv-02106-JDW |
| ANTHONY F. BERTINO JR., individually and on behalf of all similarly situated individuals*,*<br><br>*Plaintiffs*,<br><br>v.<br><br>TASTY BAKING COMPANY,<br><br>*Defendant*. | Case No. 2:19-cv-02106-JDW |

**JOINT MOTION FOR FINAL APPROVAL OF PROPOSED
CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiffs William Caddick, Stephen W. Hopkins, Raymond S. Keeler, and Anthony F. Bertino, Jr. (collectively referred to as "Class Representatives," "Plaintiffs," or "Named Plaintiffs"), on behalf of themselves and any business entities through which they operated, and on behalf of Settlement Class Members and Tasty Baking Company ("Tasty" or "Defendant"), respectfully make this Joint Motion for Final Approval of the Class & Collective Action Settlement, the grounds in support of this Motion are fully set in the accompanying Memorandum of Law incorporated herein by reference.

Dated: June 16, 2021    */s/ Simon B. Paris*
Simon B. Paris, Esq.
Saltz, Mongeluzzi, & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA  19103
T: (215) 575-3985
F: (215) 496-0999
sparis@smbb.com

Charles J. Kocher, Esquire (Pa. I.D. 93141)
McOmber, McOmber, & Luber
39 E. Main St.
Marlton, NJ 08053
P: (856) 985-9800
F: (856) 263-2450
cjk@njlegal.com

Class Counsel