IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM CADDICK, STEPHEN HOPKINS, individually and on behalf of all similarly situated individuals,

    *Plaintiffs,*

  v.

TASTY BAKING COMPANY,

    *Defendant.*

Case No. 2:19-cv-02106-JDW

# ORDER

**AND NOW**, this 18th day of November, 2021, following a telephone conference with counsel for the Plaintiffs, **IT IS ORDERED** as follows:

1. Counsel for the Plaintiffs may each submit a memorandum addressing the proposed allocation of attorney's fees. These memoranda will be limited to fifteen pages, including signature blocks, and must be submitted on or before November 24, 2021;

2. Replies, if any, are due by December 8, 2021, and will be limited to ten pages. The Court will not accept subsequent submissions.

                                              **BY THE COURT:**

                                              */s/ Joshua D. Wolson*
                                              JOSHUA D. WOLSON, J.