IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM CADDICK and STEPHEN HOPKINS, individually and on behalf of all similarly situated individuals,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**TASTY BAKING COMPANY,**<br><br>*Defendant.* | Case No. 2:19-cv-02106-JDW |

### ORDER

AND NOW, this 12th day of January, 2022, upon consideration of the various submissions from Class Counsel concerning the distribution of counsel fees (ECF Nos. 82-86), for the reasons given in the accompanying Memorandum, it is **ORDERED** that Class Counsel's fees shall be divided as follows:

1. $893,637 for Saltz, Mongeluzzi & Bendesky, P.C.;

2. $130,350 for McOmber, McOmber & Luber, P.C.; and

3. $26,013 for Winebrake & Santillo, LLC.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.